IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIERSTEN SMITH,

    Petitioner,

v.

JUDGE PATRICK SHEERAN, *et al.*,

    Respondent.

CASE NO. 2:15-CV-891
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On July 7, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (ECF No. 4.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 4) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

8-9-2016
EDMUND A. SARGUS, JR.
Chief United States District Judge